UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                :

CARLTON KNOWLES, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,
                                  :    No.: 1:25-cv-3510

           Plaintiffs,       :    **NOTICE OF VOLUNTARY**

           v.               :    **DISMISSAL**

ROBINHOOD MARKETS, INC.,
                                  :

           Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

      Plaintiff(s), CARLTON KNOWLES, in accordance with Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and

without fees and costs against Defendant, ROBINHOOD MARKETS, INC.


Dated:   New York, New York
         June 13, 2025


**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:


_____
United States District Court Judge